**Order entered December 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01486-CR
### No. 05-13-01487-CR

**KENNETH RAY TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-51238-H & F13-51239-H**

## ORDER

The November 17, 2014 Motion for Extension of Time to File Motion for Rehearing by

Appellant Kenneth Ray Turner is **GRANTED**. Appellant's Motion for Rehearing, received on

November 14, 2014, is **ORDERED** filed as of the date of this Order.


/s/      DAVID L. BRIDGES
               JUSTICE